UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80239-CV-MIDDLEBROOKS

THOMAS WITTBOLD,

    Plaintiff,

v.

CHARLES CRIMI and ALLEN F. BENNETT,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*. On February 15, 2022, *pro se* Plaintiff Thomas Wittbold filed a Complaint. (DE 1). On February 17, 2022, I *sua sponte* dismissed Plaintiff's Complaint without prejudice as a shotgun pleading. (DE 9). I set a deadline of March 4, 2022 to file an amended complaint. (*Id.* at 4). I cautioned Plaintiff that failure to file an amended complaint might result in dismissal. (*Id.*). As of this date, Plaintiff has not filed an amended complaint, nor has he sought an extension of time to do so.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F. 3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO*, Inc., 501 U.S. 32, 43 (1991)). Such authority includes the power to dismiss a case for failure to prosecute or for failure to comply with a court order under Fed. R. Civ. P. 41(b). *Id.*

Because Plaintiff has not filed an amended complaint and the deadline to do so has passed, and no extensions have been requested, it is **ORDERED AND ADJUDGED** that:

    (1) This case is **DISMISSED** without prejudice.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions shall be **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 11th day of March, 2022.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record

Thomas Wittbold
18325 Collins Ave. Apt. 103
Sunny Isles Beach, FL 33160
PRO SE